AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CITRINE SCHOOLS LLC<br>d/b/a MY FIRST YEARS PRESCHOOL<br>a Florida Limited Liability Company<br><br>*Plaintiff(s)*<br><br>v.<br><br>MY FIRST LEARNING CENTER LLC<br>d/b/a MY FIRST LEARNING CENTER 2<br>a Florida Limited Liability Company<br><br>*Defendant(s)* | Civil Action No. 25-CV-61940 SINGHAL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MY FIRST LEARNING CENTER LLC
d/b/a MY FIRST LEARNING CENTER 2
5400 S University Dr
Davie, FL 33328
Attn: Ines Fatima Marin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kaustubh Nadkarni, Esq.
Nadkarni Law PLLC
1900 N. Bayshore Drive, Unit 1A, Suite 140
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  09/26/2025

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts